UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBERT L. LAWSON,<br><br>    Petitioner,<br><br>    v.<br><br>KELLY HARRINGTON, Acting Warden,<br><br>    Respondent. | NO. CV 09-01116 R (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: July 6, 2009

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE